**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MS. Q.**, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. _____ |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**, et al., | |
| Defendants. | |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion to Proceed Using Pseudonym.  Having considered the motion and good cause existing, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **ORDERED** that the case may proceed using the pseudonyms "Ms. Q." and "J." for Plaintiffs.

It is further **ORDERED** that the parties shall not disclose Plaintiffs' full names to anyone other than the parties to this litigation.

**SO ORDERED**.

Dated: October ____, 2018

_____
United States District Judge