IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ms. Q., et al.,

    *Plaintiffs,*

v.

U.S. Immigration and Customs Enforcement ("ICE") *et al.*,

    *Respondents.*

Civil Action No.
1:18-cv-2409-PLF

**NOTICE OF APPEARANCE AND
LCvR 83.2(g) CERTIFICATE OF INDIGENT REPRESENTATION**

Pursuant to LCvR 83.2(g), I, Ghita Schwarz, request entry of appearance on behalf of all Plaintiffs in the above-captioned case. I certify that I am a member in good standing of the bar of several United States courts, including the Southern and Eastern Districts of New York and the Second Circuit Court of Appeals, as well as a member in good standing of the highest court of New York State, and that I am providing representation to Plaintiffs in this action without compensation. Pursuant to LCvR 83.2(g), I further certify that I am personally familiar with the Local Rules of this Court and the materials specified in LCvR 83.8(b)(6).

Date:   October 29, 2018

Respectfully submitted,

/s/ Ghita Schwarz

Ghita Schwarz (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
gschwarz@ccrjustice.org
Telephone:  (212) 614-6445
Fax:          (212) 614-6499

