UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MS. Q, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 18-2409 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### UNOPPOSED MOTION FOR A STAY AND EXTENSION OF TIME IN LIGHT OF LAPSE OF APPROPRIATIONS

Pursuant to Federal Rule of Civil Procedure ("Rule") 6 and by and through its undersigned counsel, Defendants respectfully move to stay this action, and to extend Defendants' deadlines in it, due to the ongoing lapse in appropriations. Plaintiffs' counsel has indicated that Plaintiffs do not oppose the relief sought by this Motion. The grounds for this Motion are as follows.

At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice ("DOJ") expired and appropriations to DOJ lapsed. The same is true for several other Executive agencies, including the defendant agencies. DOJ does not know when funding will be restored by Congress.

Absent appropriated funds, DOJ attorneys, including the Assistant United States Attorney assigned to this matter, and employees of the defendant agencies are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Accordingly, Defendants, through undersigned counsel (who is the supervisor of the Assistant United States Attorney assigned to this matter), respectfully request that this action be

stayed during the lapse in appropriations and that the Court extend all pending deadlines in this action commensurate with the calendar day duration of the lapse in appropriations.  Defendants further propose that they file a status report within seven (7) calendar days after Congress has appropriated funds for DOJ and the defendant agencies notifying the parties and the Court that the lapse has ceased and what they understand to be the new deadlines for pending matters consistent with the above noted extension request.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that this action be stayed and that all pending deadlines be extended as set forth above.  A proposed order is enclosed herewith.

Dated: December 31, 2018
         Washington, DC

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  _____/s/_____
BRIAN P. HUDAK
Deputy Chief, Civil Division
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2549

*Attorneys for the United States of America*