UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MS. Q., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 18-02409 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon consideration of the Defendants' *Motion for Extension of Time* and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**.

**FURTHER ORDERED** that the time for Defendants to file their Answer is hereby extended up to and including **April 12, 2019**.

It is **SO ORDERED** this 8th day of April, 2019.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT COURT JUDGE