UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MS. Q.**, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**, et al.,<br><br>        Defendants. | Civ. A. No. 18- 2409-PLF |

## JOINT STATUS REPORT

By and through their undersigned counsel, Plaintiffs and Defendants respectfully submit this Joint Status Report in response to the Court's order dated January 7, 2021, which ordered the parties to "file a joint status report … updating the Court on the current status of plaintiffs asylum proceedings and whether this case can be dismissed as moot."

**I.    Status of Plaintiffs' Asylum Proceedings**

Plaintiffs remain discretionarily released under an alternative to detention program while they continue to lawfully seek asylum relief. Ms. Q.'s notice of appeal to the Board of Immigration Appeals was filed on November 7, 2018, and was fully briefed as of January 25, 2019. The Board of Immigration Appeals has not ruled on the appeal.

**II.    Whether This Case Can Be Dismissed as Moot**

Because there have been no changed circumstances since the Court's November 21, 2019, Order staying this case (*see* Dkt. 45), Plaintiffs believe that it would be most efficient for the Court to continue to stay this matter, hold in abeyance the pending motion to dismiss, and maintain the status quo until there has been a final outcome of Plaintiffs' asylum proceedings. Defendants do not oppose this approach. As required by the Court's order, the parties will submit a joint status

report within seven days of any material change in either Plaintiffs' asylum or custodial status.

(*See id.* at 4.)

DATE: January 22, 2021                                Respectfully submitted,

    /s/ *Wesley Sze*                                MICHAEL R. SHERWIN
Wesley Sze                                                       Acting United States Attorney
   (Pursuant to LCvR 83.2(g))
GIBSON, DUNN & CRUTCHER LLP          BRIAN P. HUDAK
1881 Page Mill Road                                      Acting Chief, Civil Division
Palo Alto, CA 94304
Telephone:   (650) 849.5300                          /s/ *John Moustakas*
Facsimile:   (650) 849.5333                       John Moustakas, D.C. Bar No. 442076
wsze@gibsondunn.com                                 Assistant United States Attorney
                                                                  555 Fourth Street, N.W.
Katherine V.A. Smith                                    Washington, D.C. 20530
   (Pursuant to LCvR 83.2(g))                  Telephone:   (202) 252.2518
Abiel Garcia                                                    john.moustakas@usdoj.gov
   (Pursuant to LCvR 83.2(g))
GIBSON, DUNN & CRUTCHER LLP          *Counsel for Defendants*
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:   (213) 229.7000
Facsimile:   (213) 229.7520
ksmith@gibsondunn.com
agarcia@gibsondunn.com

Lissa M. Percopo, D.C. Bar No. 985736
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:   (202) 955.8500
Facsimile:   (202) 530.9694
lpercopo@gibsondunn.com

Katherine E. Melloy Goettel
   (Pursuant to LCvR 83.2(g))
AMERICAN IMMIGRATION COUNCIL
1331 G Street N.W., Suite 200
Washington, D.C. 20005
Telephone:   (202) 507.7552
kgoettel@immcouncil.org

Gianna Borroto
   (Pursuant to LCvR 83.2(g))
Mary Colleen Kilbride
   (Pursuant to LCvR 83.2(g))
NATIONAL IMMIGRANT JUSTICE
   CENTER
224 S. Michigan St., Ste. 600
Chicago, IL  60604
Telephone:     (312) 660.1615
Facsimile:      (312) 660.1505
gborroto@heartlandalliance.org
ckilbride@heartlandalliance.org

Baher Azmy
   (Pursuant to LCvR 83.2(g))
Wells Dixon
   (Pursuant to LCvR 83.2(g))
Ghita Schwarz
   (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL
   RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:     (212) 614.6464
Facsimile:      (212) 614.6499
bazmy@ccrjustice.org
wdixon@ccrjustice.org
gschwarz@ccrjustice.org

*Counsel for Plaintiffs*
*Ms. Q. and J.*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Civil Rule 5.3, I hereby certify that on January 22, 2021, I electronically filed a copy of the foregoing document, which will be served on all counsel of record through the Court's CM/ECF system.

                                                          */s/ Wesley Sze*